| | |
|---|---|
| 1 | DOUGLAS R. SCHWARTZ (State Bar No. 98666) |
| | SCHWARTZ & CERA LLP |
| 2 | 44 Montgomery Street, Suite 3850 |
| | San Francisco, California 94104 |
| 3 | Telephone:  (415) 956-2600 |
| | Facsimile:  (415) 438-2655 |
| 4 | |
| 5 | Attorneys for Defendant |
| | GIUSEPPE PENZATO |
| 6 | |
| 7 | GAIL SHIFMAN (State Bar No. 147334) |
| | Attorney at Law |
| 8 | 44 Montgomery Street, Suite 3850 |
| | San Francisco, California 94104 |
| 9 | Telephone:  (415) 551-1500 |
| | Facsimile:  (415) 551-1502 |
| 10 | |
| 11 | Attorney for Defendant |
| | KESIA PENZATO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |  |
|---|---|---|
|  |  | CR 12-0089-EMC |
| UNITED STATES OF AMERICA, | ) | Case No.:  ~~CR11-70696-EDL~~ |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION AND ~~[PROPOSED]~~** |
|  | ) | **ORDER MODIFYING CONDITIONS** |
| vs. | ) | **OF PRETRIAL RELEASE** |
|  | ) |  |
| GIUSEPPE PENZATO and | ) |  |
| KESIA PENZATO, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Upon being advised that Pretrial Services has no objection, the parties hereby stipulate that the conditions of pretrial release shall be modified in the following manner:

1. Defendants Giuseppe Penzato and Kesia Penzato shall be allowed to travel to Las Vegas, Nevada from February 22, 2012 returning on February 27, 2012.

2. All other conditions shall remain the same.

Dated: January 30, 2012                              Dated:  January 30, 2012

/s/                                                                   /s/
_____       _____
GAIL SHIFMAN                                          DOUGLAS SCHWARTZ
Attorney for Defendant                              Attorney for Defendant
KESIA PENZATO                                      GIUSEPPE PENZATO

Dated: January 30, 2012

/s/
_____
OWEN MARTIKAN
Assistant United States Attorney

~~[PROPOSED]~~
ORDER

This matter having come before the Court upon the Stipulation of the parties and the Court being advised,   IT IS ORDERED THAT the conditions of pretrial release shall be modified in the following manner:

1. Defendants Giuseppe Penzato and Kesia Penzato shall be allowed to travel to Las Vegas, Nevada from February 22, 2012 returning on February 27, 2012.

2. All other conditions shall remain the same.

Dated: _____February 10_____, 2012

_____
UNITED STATES MAGISTRATE JUDGE