GAIL SHIFMAN (State Bar No. 147334)
SARAH POTTER (State Bar No. 280478)
Law Offices of Gail Shifman
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 551-1500
Facsimile: (415) 551-1502

Attorneys for Defendant
KESIA PENZATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>GIUSEPPE PENZATO and<br>KESIA PENZATO,<br><br>     Defendants.<br>_____ | Case No.: CR 12-0089 EMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING STATUS**<br>**HEARING DATE AND EXCLUDING**<br>**TIME** |

Plaintiff, by and through its attorney of record, Owen Martikan, and defendants, by and through their attorneys of record, Nanci Clarence and Josh Cohen on behalf of Defendant Giuseppe Penzato and Gail Shifman and Sarah Potter on behalf of Kesia Penzato, hereby stipulate and ask the Court to find as follows:

1. That the parties are currently scheduled for a status hearing on May 9, 2012 at 2:30 p.m. Defendants are reviewing discovery materials provided by the Government and anticipate requesting additional discovery before the next hearing date and time will be required for its

STIPULATION & [PROPOSED] ORDER
CONTINUING STATUS HEARING & EXCLUDING TIME                                                                1

review. Additionally, following the last court hearing, Defendants realized that an existing scheduling conflict exists with the currently set status date.

2. That the parties stipulate and agree to vacate the May 9, 2012 status date and continue it until May 23, 2012 at 2:30 p.m.

3. That the parties agree that the failure to grant such a continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that May 9, 2012 through May 23, 2012 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

Dated: April 24, 2012 /s/ Owen Martikan

Owen Martikan
Assistant United States Attorney

Dated: April 24, 2012 /s/ Josh Cohen

Nanci Clarence
Josh Cohen
Attorneys for Defendant Giuseppe Penzato

Dated: April 24, 2012 /s/ Gail Shifman

Gail Shifman
Sarah Potter
Attorneys for Defendant Kesia Penzato

# [PROPOSED] ORDER

This matter having come before the Court upon the Stipulation of the parties and GOOD CAUSE APPEARING,

IT IS ORDERED That the May 9, 2012 status hearing date shall be vacated and continued until May 23, 2012 at 2:30 p.m.;

IT IS FURTHER ORDERED that the time from May 9, 2012 through May 23, 2012 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), to provide the defense time to review discovery and for effective preparation. The Court finds that (A) failure to grant the continuance would unreasonably deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

Dated: April __27_, 2012



UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION & [PROPOSED] ORDER
CONTINUING STATUS HEARING & EXCLUDING TIME  3