Nanci L. Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com

Attorneys for Defendant GIUSEPPE PENZATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-12-0089 EMC (EDL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT INTERNATIONAL TRAVEL FROM JULY 11, 2012 THROUGH AUGUST 15, 2012** |
| v. | |
| GIUSEPPE PENZATO, | |
| Defendant. | |

## STIPULATION

Defendant Giuseppe Penzato has been on pretrial release since his bail hearing before the magistrate court in June 2011. As a condition of his release, Mr. Penzato was required to surrender his United States passport to U.S. Pretrial Services. A further condition is that Mr. Penzato not travel outside the United States without the permission of the Court.

At this time Mr. Penzato respectfully seeks the Court's permission to travel to Italy to receive medical treatment. Specifically, Mr. Penzato, who is an Italian citizen, is due to have his prosthetic leg repaired and/or replaced. This periodic, non-elective treatment is necessary to alleviate muscle and joint pain caused by a worn-out prosthesis. The cost of treatment, which involves several fittings and adjustments over the course of several weeks at an orthopedic facility

outside Bologna, is covered in full by Mr. Penzato's Italian health insurance.  Similar treatment in the United States would cost tens of thousands of dollars.

      The government does not object to the modification of Mr. Penzato's conditions of release to accommodate this travel.  Pretrial Services is likewise amenable to the modification.

      Accordingly, the parties agree and stipulate that Mr. Penzato's conditions of release should be modified to permit him to travel from his home in San Francisco to Italy from July 11, 2012 through August 15, 2012 for the purpose of receiving medical treatment.  The parties further agree and stipulate that Pretrial Services shall return Mr. Penzato's passport to Mr. Penzato on or before July 10, 2012, and that Mr. Penzato shall return the passport to Pretrial Services within 48 hours of his return to the United States, and at any rate no later than August 17, 2012.  The parties further agree and stipulate that Mr. Penzato shall provide Pretrial Services with any and all requested information concerning the logistics of his travel and accommodations in Italy.

      IT IS SO STIPULATED.

DATED: June 11, 2012

                                            /s/
                                            NANCI L. CLARENCE
                                            JOSH A. COHEN
                                            Attorney for JOSEPH CAROZZA

DATED: June 11, 2012

                                            /s/
                                            OWEN MARTIKAN
                                            Assistant United States Attorney

## **ORDER**

      By stipulation of the parties, and for good cause shown, it is hereby ordered that defendant Giuseppe Penzato's conditions of release shall be modified as follows: Mr. Penzato shall be permitted to travel from his home in San Francisco to Italy from July 11, 2012 through August 15, 2012. Pretrial Services shall return Mr. Penzato's passport to Mr. Penzato on or before July 10, 2012. Mr. Penzato shall return the passport to Pretrial Services within 48 hours of his return to the

1  United States, but in no event later than August 17, 2012.  Mr. Penzato shall provide Pretrial
2  Services with any and all requested information concerning the logistics of his travel and
3  accommodations in Italy.  All other conditions of release shall remain in effect.
4         IT IS SO ORDERED.

6  DATED: ___June 13___, 2012        _____
7                                     ELIZABETH D. LAPORTE
                                      UNITED STATES MAGISTRATE JUDGE

3                              Case No. CR-12-0089 EMC
STIPULATION MODIFYING CONDITIONS OF RELEASE