Nanci L. Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com

Attorneys for Defendant GIUSEPPE PENZATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIUSEPPE PENZATO and KESIA PENZATO,<br><br>　　　　Defendants. | CASE NO. CR-12-0089 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTIONS HEARING AND/OR STATUS CONFERENCE** |

**STIPULATION**

The parties in this matter are currently scheduled to appear before the Court for a hearing on discovery motions and/or a status conference on August 22, 2012. Since their last appearance, the defendants have been actively engaged in discovery review and investigation, and defense counsel have identified discovery motions to bring before the Court. At the same time, the parties are pursuing a potential resolution. The parties are scheduled to meet on August 24, 2012 for settlement discussions and to meet and confer on outstanding discovery requests.

Given the possibility that the meeting on August 24 will alter the trajectory of the case – or, at a minimum, moot certain discovery motions that the defendants presently intend to file – the

parties jointly submit that the hearing date and status conference presently scheduled for August 22, 2012 should be continued. To allow sufficient time for briefing of any discovery issues that the parties cannot resolve, the parties jointly propose October 17, 2012 as a new date for the motions hearing and/or status conference.

The parties further agree and stipulate that the time from August 22, 2012 through October 17, 2012 should be excluded under the Speedy Trial Act. Given the need for defense counsel to complete their review of discovery already produced, along with new discovery that may be produced as a result of meet-and-confer efforts, as well as defense counsel's need to prepare motions to address any unresolved discovery issues, the parties agree that the failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: August 16, 2012                    Respectfully submitted,

*/s/ Josh A. Cohen*
_____
Nanci L. Clarence
Josh A. Cohen
Attorneys for GIUSEPPE PENZATO

*/s/ Gail Shifman*
_____
Gail Shifman
Attorney for KESIA PENZATO

*/s/ Owen Martikan*
_____
Owen Martikan
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the motions hearing and status conference presently scheduled for August 22, 2012 shall be continued to October 17, 2012 at ~~2:00 p.m.~~ 2:30 p.m. It is further ORDERED that the time from August 22, 2012

1 through October 17, 2012 shall be excluded under the Speedy Trial Act.  The Court finds that the
2 ends of justice served by the continuance outweigh the best interest of the public and the defendant
3 in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).  Further, the Court finds that the failure to grant
4 a continuance would unreasonably deny the defendants the reasonable time necessary for effective
5 preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

6      IT IS SO ORDERED.  (modified, new status set for 10/17/12 at 2:30 p.m.)

7 DATED: __8/17/12_____  _____

8                                       EDWARD M. CHEN
9                                       UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen