**GAIL SHIFMAN**
**ATTORNEY AT LAW**
**601 California Street**
**Suite 1800**
**San Francisco, CA  94108**
**Telephone:  (415) 551-1500**
**Facsimile:  (415) 551-1502**

**Attorney for Defendant**
**KESIA PENZATO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. CR 12-0089 EMC |
| **Plaintiff,** | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| **v.** | |
| **GIUSEPPE PENZATO, ET AL.,** | |
| **Defendants.** | |

Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

1. That the parties are currently scheduled for a status and motion hearing on October 17, 2012.  Further, that the parties are in settlement discussions and additional time is needed to permit defense counsel to meet with the acting chief of the criminal division of the United States Attorney's Office as a

part of these settlement discussions.  For this reason, the parties have agreed to a continuance of the status and motion hearing, to November 14, 2012 at 2:30 p.m.

2. That the parties agree that the failure to grant such a continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that October 17, 2012 through November 14, 2012 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

Dated: October 3, 2012 _____/s/_____
Owen Martikan
Assistant United States Attorney

Dated: October 3, 2012 _____/s/_____
Nanci Clarence
Attorney for Defendant
Giuseppe Penzato

Dated: October 3, 2012 _____/s/_____
Gail Shifman
Attorney for Defendant
Kesia Penzato

[~~PROPOSED~~] ORDER

This matter having come before the Court upon the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED,

That the October 17, 2012 status and motion hearing shall be vacated and continued until November 14, 2012 at 2:30 p.m.;

And, that the time from October 17, 2012 through November 14, 2012 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), to provide the defense lawyers with time to review proposed plea agreements and for effective preparation. The Court finds that (A) failure to grant the continuance would unreasonably deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**

Dated: October _4_, 2012

_____
HONORABLE EDWARD M. CHEN
United States District Judge