Nanci L. Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com

Attorneys for Defendant GIUSEPPE PENZATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-12-0089 EMC (EDL) |
| Plaintiff, | **STIPULATION AND [PR~~OPO~~SED] ORDER APPROVING DEFENDANTS' TRAVEL TO ORANGE COUNTY BETWEEN MAY 24, 2013 AND MAY 27, 2013** |
| v. | |
| GIUSEPPE PENZATO and KESIA PENZATO, | |
| Defendant. | |

## **STIPULATION**

On May 22, 2013, this Court sentenced defendants Giuseppe and Kesia Penzato to 5-year terms of probation. The Court further directed the defendants to abide by the standard conditions of probation that have been adopted by this Court. One such condition is that a defendant "shall not leave the judicial district without permission of the court or probation officer."

As undersigned counsel noted at the sentencing hearing, Mr. and Mrs. Penzato have plans to travel with their children to visit family in the Los Angeles area over the Memorial Day holiday. More specifically, the Penzatos wish to drive to Laguna Beach, in Orange County, on

Friday, May 24, and return on Monday, May 27. These plans were made several weeks ago, well before the sentencing hearing was continued to May 22.

Immediately following imposition of sentence, the defendants self-reported to the Probation Office to advise the duty officer that they had been placed on probation. Upon informing the duty officer[1] of their travel plans, the duty officer advised defendants (and undersigned defense counsel) that a court order authorizing the travel would be necessary because of the immediacy of the Penzatos' planned departure. The duty officer presented Mr. and Mrs. Penzato with forms to complete concerning their travel plans and graciously offered to process the forms on an expedited basis if and when a court order was issued.

As stated on the record at the sentencing hearing, the government does not oppose the proposed travel to and from Orange County. Accordingly, the parties hereby agree and stipulate that Mr. and Mrs. Penzato should be permitted to travel from the Northern District of California to the Central District of California – specifically, to Orange County – between May 24, 2013 and May 27, 2013. The parties further agree and stipulate that Mr. and Mrs. Penzato shall provide all information requested by Probation concerning their itinerary and travel plans and shall not leave the Northern District until authorized to do so by the Probation Office.

IT IS SO STIPULATED.

DATED: May 22, 2013
                               */s/ Josh Cohen*
                               NANCI CLARENCE
                               JOSH COHEN
                               Attorneys for GIUSEPPE PENZATO

---

[1] The duty officer will not be the officer assigned to supervise the defendants on a continuing basis. A permanent officer will be assigned once the Judgment is executed.

DATED: May 22, 2013

    */s/ Gail Shifman*
GAIL SHIFMAN
Attorney for KESIA PENZATO

DATED: May 22, 2013

    */s/ Owen Martikan*
OWEN MARTIKAN
Assistant United States Attorney

## **ORDER**

By stipulation of the parties, and for good cause shown, it is hereby ordered that defendants Giuseppe Penzato and Kesia Penzato shall be permitted to travel from the Northern District of California to the Central District of California – specifically, to Orange County – between May 24, 2013 and May 27, 2013. It is further ordered that Mr. and Mrs. Penzato shall provide all information requested by the Probation Office concerning their itinerary and travel plans, and shall not leave the Northern District until authorized to do so by the Probation Office.

IT IS SO ORDERED.

DATED: _____5/23_____, 2013

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED.*
*Judge Edward M. Chen*

3  Case No. CR-12-0089 EMC
STIPULATION AND PROPOSED ORDER AUTHORIZING TRAVEL TO ORANGE COUNTY